IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| ADAM PELATT, | CV 19-57-BLG-SPW-TJC |
| --- | --- |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO ALLOW ATTENDANCE AT PRELIMINARY PRETRIAL CONFERENCE BY TELEPHONE** |
| vs. | |
| INTUITIVE SURGICAL, INC., | |
| Defendant. | |

Defendant Intuitive Surgical, Inc. ("Defendant") has filed an unopposed motion to allow counsel to appear at the Preliminary Pretrial Conference by telephone. (Doc. 7.) Good cause appearing, IT IS HEREBY ORDERED that Defendant's motion is GRANTED.

Defendant's counsel, Michelle L. Gomez, may appear by telephone at the July 16, 2019 Preliminary Pretrial Conference. Counsel shall use the Court's conferencing system to participate in the Conference:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #

DATED this 17th day of June, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge