

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| ADAM PELATT, | ) CV 19-57-BLG-SPW |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| | ) **ORDER** |
| INTUITIVE SURGICAL, INC., | ) |
| Defendant. | ) |

Upon the Stipulation of Dismissal with Prejudice (Doc. 24) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

DATED this 9th day of March, 2020.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1